## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS AT KANSAS CITY

| | | |
|---|---|---|
| CHRIS CONNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:21-cv-2382-JWB-KGG |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to FRCP 41, Plaintiff, Chris Conner, and Defendant, Union Pacific Railroad Company, hereby stipulate to dismissal of this action with prejudice with each party to pay their own attorneys' fees and costs.

Respectfully submitted this 6th day of April 2022.

GROVES POWER, LLC                                      HALL & EVANS, LLC

*/s/Steven L. Groves*                                      */s/Keith M. Goman*
Steven L. Groves, #22874                              Keith M. Goman, #26794
Groves Powers, LLC                                      HALL & EVANS, LLC
One U.S. Bank Plaza                                      1001 17TH St., Ste. 300
505 North 7th Street                                      Denver, CO 80202
Suite 2010                                                    PHONE:  (303) 628-3300
St. Louis, MO 63101                                      FAX:  (303) 628-3368
sgroves@grovespowers.com                          gomank@hallevans.com

Attorneys for Plaintiff                                      Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed, and court notification will notify all attorneys of record in this matter.

/s/ Steven L. Groves
Attorney