IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS AT KANSAS CITY

| | | |
|---|---|---|
| CHRIS CONNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:21-cv-2382-JWB-KGG |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED STIPULATION OF DISMISSAL

Pursuant to FRCP 41, Plaintiff, Chris Conner, and Defendant, BNSF Railway Company, hereby stipulate to dismissal of this action with prejudice with each party to pay their own attorneys' fees and costs.

Respectfully submitted this 6th day of April 2022.

| | |
|---|---|
| GROVES POWER, LLC | HALL & EVANS, LLC |
| */s/Steven L. Groves* | */s/Keith M. Goman* |
| Steven L. Groves, #22874 | Keith M. Goman, #26794 |
| Groves Powers, LLC | HALL & EVANS, LLC |
| One U.S. Bank Plaza | 1001 17TH St., Ste. 300 |
| 505 North 7th Street | Denver, CO 80202 |
| Suite 2010 | PHONE: (303) 628-3300 |
| St. Louis, MO 63101 | FAX: (303) 628-3368 |
| sgroves@grovespowers.com | gomank@hallevans.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was filed, and court notification will notify all attorneys of record in this matter.

                                          */s/ Steven L. Groves*
                                          Attorney